## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **GARY GARCIA, Individually;** | § | |
| **JEREMY CHAD PRITCHETT,** | § | |
| **Individually;** | § | |
| **and GARCIA & PRITCHETT** | § | **CIVIL ACTION NO.** |
| **PARTNERS, LLC d/b/a ATOMIC** | § | |
| **TACO CAFÉ, LLC,** | § | **4:22-CV-00369** |
| | § | |
| **Plaintiffs,** | § | |
| | § | **JURY DEMANDED** |
| **V.** | § | |
| | § | |
| **CITY OF AURORA,** | | |
| | | |
| **Defendant.** | | |

### ORIGINAL COMPLAINT AND REQUEST FOR JURY

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, GARY GARCIA, individually, ("Garcia"); JEREMY CHAD PRITCHETT ("Pritchett"); and GARCIA & PRITCHETT PARTNERS, LLC d/b/a ATOMIC TACO CAFÉ, LLC ("Atomic Taco") (Collectively, "Plaintiffs") and files this, their Original Complaint against Defendant CITY OF AURORA ("Defendant" and/or "Aurora"), and would respectfully show the Court as follows:

### I.    PARTIES

*PLAINTIFFS*

1.    GARY GARCIA, a liver transplant recipient and survivor, and his husband, CHAD PRITCHETT, are a loving, gay couple who have been together since 2006 and were married in 2008. Together, they raise an adopted 6-year-old child named AGP. At all material times herein, GARCIA and PRITCHETT each lived, resided, and were domiciled in the City of Newark, Wise

County, Texas, where they were raising their child.

2.      GARCIA and PRITCHETT jointly own GARCIA & PRITCHETT PARTNERS, LLC D/B/A ATOMIC TACO CAFÉ, LLC. ATOMIC TACO is a domestic limited liability company with its principal offices located in the City of Newark, Wise County, Texas.

*DEFENDANT*

3.      The CITY OF AURORA is a local government entity, a city located in Wise County, Texas, which is known for Area 114 – a rumored UFO crash landing site. The CITY OF AURORA may be served by citation by serving the city attorney, Betsy Elam at the City Attorney's Office located at 303 Derting Road, Aurora, Texas 76078-3705.

4.      The CITY OF AURORA is a proper Defendant to Plaintiffs' Section 1983 claims. *Monell v. Dept of Soc. Servs.*, 436 U.S. 658, 701 (1978) (holding that municipal corporations may be named in a Section 1983 lawsuit).

5.      The CITY OF AURORA is responsible for the implementation of the policies, procedures, practices, customs, and acts/omissions challenged by this lawsuit. The CITY OF AURORA is also the employer of, and responsible for the acts and/or omissions of, individuals committing the acts/omissions as described herein.

## II.    JURISDICTION

6.      Jurisdiction of the court is invoked under 28 U.S.C. Sec. 1343(a)(3) as an action authorized by law (Title 42 U.S.C. 1983) to redress deprivation under color of any state law, statute, ordinance, regulation, custom or usage, of any right or privilege guaranteed to Plaintiffs by the Constitution of the United States or by any act of Congress providing for the equal rights of citizens within the jurisdiction of the United States.

7.    Federal question jurisdiction is also conferred on this Court by 28 U.S.C. §1331 because this action arises under the United States Constitution and laws. The matter in controversy exceeds, exclusive of interest and costs, the sum or value of seventy-five thousand dollars ($75,000.00) as required by 28 U.S.C. Sec. 1331.

### III.    VENUE

8.    Venue is properly maintained in this Court under 28 U.S.C. §1391(b) because it is the judicial district where a substantial part of the events and omissions giving rise to the claim occurred, and in which the incident that is the basis of this suit occurred.

### IV.    NATURE OF THE ACTION

9.    Plaintiffs commence this action pursuant to 42 U.S.C. § 1983, which provides in relevant part for redress for every person within the jurisdiction of the United States for the deprivation under color of state law of any rights, privileges, or immunities secured by the Constitution and laws. Specifically, the CITY OF AURORA committed violations of the U.S. Constitution including violations of the Due Process Clause of the Fourteenth Amendment to the U.S. Constitution, the Equal Protection Clause of the Fourteenth Amendment to the U.S. Constitution, and the Free Speech Clause of the First Amendment to the U.S. Constitution.

10.    Plaintiffs seek compensatory and punitive damages together with a reasonable attorney fees as authorized by 42 U.S.C. § 1988.

### V.    FACTUAL BACKGROUND

11.    On or about January 7, 2020, ATOMIC TACO entered into a written lease agreement ("Original Lease") for a twenty-four (24) month lease with two entities who owned the property: 1) KIT Investments LLC ("KIT Investments"); and 2) Wise Commercial Shearing and

Machine ("Wise Commercial"). In relevant part, the purpose of the lease agreement was to permit ATOMIC TACO to occupy a vendor space on property known as Area 114 LLC ("Area 114").

12.    KIT Investments, Wise Commercial, and Area 114 are owned by Toni Lynn Wheeler ("Toni") and Thomas Wheeler ("Thomas"), natural and individual persons. At all relevant times hereto and until October 2021, Toni was the City Administrator for AURORA.[1] *See* Exh. A hereto. Toni signed the Original Lease as the representative and owner of KIT Investments and Wise Commercial.

13.    During the lease negotiations, Plaintiffs were informed that the Area 114 venue would be a city project meant to be an "Austin like" premiere spot for vendors. Plaintiffs were also informed that Area 114 was ready for vendors to conduct business, including that the septic was ready for commercial operation. Plaintiffs entered into a twenty-four (24) month lease agreement relying on this information.

14.    The terms of the Original Lease between KIT Investments, Wise Commercial, and ATOMIC TACO were as follows:

a) Zero dollars per month for the first six (6) months;

b) Fifty dollars ($50) per week for the next six (6) months – or approximately two hundred dollars ($200) per month; and

c) One hundred dollars ($100) per week for the remaining twenty-four (24) month lease – or approximately four hundred dollars ($400) per month.

15.    GARCIA and PRITCHETT purchased and moved the ATOMIC TACO building onto the Area 114 premises with the purpose of serving Tex-Mex food. The building finish was completed, and GARCIA and PRITCHETT opened ATOMIC TACO for business, hoping to raise money to start a foundation for individuals undergoing organ transplants.

---

[1]See, also,https://www.nbcdfw.com/news/local/former-aurora-city-manager-accused-of-stealing-more-than-300000-from-wise-county-town/2840325/

16.     Immediately upon opening in February 2020, GARCIA and PRITCHETT noticed that the septic system was not actually ready for commercial use, as they had been told. The system failed immediately, emitting foul methane odors and leaving standing sewage on the premises. Plaintiffs made numerous attempts to have the septic system issues resolved in effort to contain the affect that the issues were having on ATOMIC TACO. Toni refused to have the septic system repaired.

17.     Eventually, the septic issues became so bad that it was spraying contaminated water and sewage waste toward the ATOMIC TACO building, leaving behind strong stench and human feces floating in puddles.

18.     On or about May 17, 2020, Toni told GARCIA and PRITCHETT that the septic had been repaired. The issue had not been resolved, and Plaintiffs continued to attempt to resolve the issue. Instead of repairing the issues, customers of ATOMIC TACO informed GARCIA and PRITCHETT that Toni; fellow city employee, Jason Debord[2] ("Debord); and another fellow city representative, Dennis Bomar[3] ("Bomar") were making derogatory comments to others about GARCIA and PRITCHETT, including hateful insults about their sexual orientation such as "Fags," "California princesses," "Rump Rangers," and "those two homos."

19.     Because it was obvious that the septic issues were not going to be resolved, Plaintiffs notified the Texas Commission on Environmental Quality ("TCEQ") in June 2020 in hopes of resolving the situation. TCEQ conducted an investigation into Area 114 and found that a non-permitted and illegal septic system. A copy of the violation was given to Toni and the City Administrator of AURORA.

---

[2] Debord is a health inspector and Code Enforcer for the CITY OF AURORA. *See* Exh. B hereto.
[3] Bomar is a city planning and zoning committee representative of CITY OF AURORA. Bomar co-owned a BBQ venue within Area 114 with one Sean Merchant. Merchant was present and involved in the derogatory comments made against Plaintiffs.

20.     On or about July 17, 2020, Debord, acting in his official capacity as a health inspector for the CITY OF AURORA, retaliated against Plaintiffs in an attempt to have ATOMIC TACO shut down. Debord, in his official capacity as an AURORA employee/agent, conspired with Toni, in her official capacity as an AURORA employee/agent, to conduct an alleged "health inspection" of ATOMIC TACO. During the alleged "inspection," Debord – acting in his capacity as an employee of the CITY OF AURORA – called GARCIA and PRITCHETT slurs, including "fags," while patrons and employees were present in ATOMIC TACO. Attempting to have ATOMIC TACO shut down, Debord marked several frivolous violations. Debord actually made comments about his intent, including "this isn't quite enough to shut you down." Plaintiffs reported the hate speech and continuation of the septic issues.

21.     On or about August 12, 2020, PRITCHETT sent an email to then-Mayor Terry Solomon ("Solomon") complaining of the derogatory comments and Debord's attempt to shut down ATOMIC TACO. Solomon did not respond to the email for two (2) years – until January 2022, in which email, the newly resigned Solomon admitted that the city had found itself in "a mess." *See* Exhibits C and D hereto.

22.     Plaintiffs received an email from Toni on or about August 28, 2020, in which Toni advised that she had sold the Area 114 property to one Luis Martinez ("Martinez") from Aurora, Colorado. Plaintiffs were informed of the alleged sale of Area 114 and all of its holdings, and were asked to sign a new lease agreement on September 11, 2020 ("Amended Lease"). The Amended Lease was sent by the alleged "new owner" Martinez. The Amended Lease listed an address and phone number for Martinez. It also identified Stallion Management Company out of Southlake, Texas as the property manager and Thomas Williams as an attorney for Area 114.

23.     The alleged deeds indicating an alleged sale of Area 114 to Luis Martinez were notarized by Lynell Day ("Day"). Day is/was the Court Clerk of AURORA City Council and the Interim City Secretary of AURORA. Day had knowledge of Toni forging deeds of sale documents and knowledge that Toni was using Day's notary stamp and signature to notarize documents.

24.     Upon further inquiry, the property management company informed Plaintiffs they neither represented Area 114 nor any person named Luis Martinez. Likewise, Thomas Williams denied representing Area 114 or Luis Martinez. Ultimately, Plaintiffs were able to trace a UPS delivery from the alleged Luis Martinez, and discovered that the letter was actually shipped by Toni. An interesting revelation considering that Bomar's business partner had informed Plaintiffs that they had personally met Luis Martinez.

25.     On or about September 11, 2020, GARCIA received information from one of ATOMIC TACO'S employees that Toni had placed a CPS report, causing Dan Kelly and Brandy Kelly (Collectively, "Kellys") to be investigated for child abuse. Toni then contacted Dan Kelly and falsely told him that GARCIA had placed the CPS report and that the Kellys should request an investigation into GARCIA. Toni further told Dan Kelly that she would make contact with the Wise County Sherriff's Office to have GARCIA investigated.

26.     On September 21, 2020, Plaintiffs' Counsel submitted an Open Records Act Request to AURORA, seeking certified copy of any and all records concerning Area 114 from 2000 to then-present day. This request included, but is not limited to any government approvals concerning Area 114; any meeting minutes or agendas of the CITY OF AURORA Council concerning Area 114; any resolutions adopted by the CITY OF AURORA CITY Council concerning Area 114; all health inspection reports concerning Area 114; all complaints made concerning Area 114; any report made by any person on behalf of the CITY OF AURORA

concerning Area 114; such as building code or health code reports or inspections; and all documents concerning any proposed liquor sales. AURORA failed to respond to the request.

27.    On October 5, 2020, Plaintiffs advised KIT Investments, Wise Commercial, and Luis Martinez of their intent to terminate the lease due to multiple breaches of implied and explicit warranties and of the Texas Property Code as well as the slurs from the CITY OF AURORA government officials.

28.    On October 9, 2020, GARCIA and PRITCHETT were called by Susan Cumpton ("Cumpton"), a CPS Case Worker. Cumpton advised that an online child abuse report was anonymously submitted, and went so far as to indicate that she believed the report to be the result of malicious intent. The false report untruthfully alleged that AGP, GARCIA and PRITCHETT'S adopted child, was allegedly being sex trafficked out of ATOMIC TACO; and that AGP was allegedly being molested by GARCIA, PRITCHETT, and a third-party named Pete G. Torres[4] ("Torres"). Cumpton advised that Torres is a registered sex-offender.[5] Further, Cumpton advised GARCIA and PRITCHETT to submit a report regarding the false CPS complaint to the Wise County Sheriff's Office.

29.    GARCIA and PRITCHETT did submit a report to Wise County Sheriff's Office, but the submission was hesitatingly because they knew Toni to be friends with Wise County Sheriffs.

30.    On October 19, 2020, an employee of ATOMIC TACO informed GARCIA that Toni had contacted Dan Kelly to indicate that GARCIA was now being investigated by CPS. When advised of this statement, Cumpton stated that only the person who made the report would know

---

[4] Torres was referred to ATOMIC TACO by Toni Wheeler for contract work; otherwise, neither GARCIA nor PRITCHETT personally knew/know Torres.

of the investigation. Accordingly, GARCIA and PRITCHETT provided this information to Deputy Schoenthal with Wise County Sheriff's Office.

31.     Because the report was obviously false and made with malicious intent, the Department of Family Protective Services cleared the child abuse case on November 12, 2020.

32.     On February 4, 2021, Plaintiffs served a claim of property damage to their business based on the herein described actions. However, Debord signed for the claim on behalf of AURORA and never alerted the City Attorney.

33.     On March 17, 2021, GARCIA received a response to his follow up-request from Lieutenant James Mayo ("Mayo") with the Wise County Sheriff's Office regarding the false CPS reporting case. Mayo reported that Lieutenant Anissa Satterfield ("Satterfield") had closed the report. Mayo and Satterfield both received financial donations from the "Back The Blue" program Toni operated in her capacity as a City Manager for AURORA. When contacted by GARCIA and PRITCHETT'S Counsel to discuss the closing of the report, Mayo demanded to know why Plaintiffs had an issue with Toni and also laughed at some of the homophobic slurs that Toni and Debord had used, and erroneously told PRITCHETT and GARCIA that "there is no hate crime law in Texas." Mayo also stated that he would give the case to one Detective Henriquez because "she is gay."

34.     Detective Henriquez informed GARCIA and PRITCHETT that the District Attorney did not believe there was enough evidence of a false CPS report on March 29, 2021.

35.     On April 10, 2021, GARCIA and PRITCHETT requested the records of the investigation into the false CPS report. Upon receipt of those records, it was apparent that the case was not properly handled and investigated. Specifically, the report only mentioned that GARCIA and PRITCHETT were being "picked on," and omitted any information about Toni's personal

relationship with Torres or Toni's knowledge of the alleged sexual abuse CPS investigation despite nobody other than Plaintiffs knowing about same. Wise County Sherriff's Office only interviewed one witness, and only to ask if the witness had heard any homosexual slurs directed to GARCIA and PRITCHETT.

36.    On or about May 19, 2021, GARCIA contacted Jack McGuinn ("McGuinn") with the Wise County District Attorney's office, who advised that the Wise County Sherriff's Office had not provided any information about the case.

37.    Following numerous requests for financials and past audits, including many open records requests from Plaintiffs, AURORA'S city hall structure caught on fire on June 1, 2021. Torres posted the fire on social media, stating that it was a "possible wiring issue" before the investigation into the fire began.

38.    On July 8, 2021, the Texas Attorney General ordered AURORA to respond to Plaintiffs' initial Open Records Request. AURORA still has not done so.

39.    Upon information and belief, AURORA'S city council member, Jason Priakos ("Priakos") actively promoted the city project of Area 114, further demonstrating that Area 114 was a project undertaken by the CITY OF AURORA. Priakos, in his capacity as a city council member, also assisted Toni, in her capacity as City Administrator for AURORA, by petitioning signatures for votes related to Area 114 and having wine and beer sales approved by the CITY OF AURORA so that Area 114 could sell beer and wine. Additionally, Toni forged Plaintiffs' Temporary Certificate of Occupancy. On or about August 24, 2021, Wise County Sheriff Lane Akin ("Akin") stated there was no crime in his county regarding false CPS reports. Akin further stated that he had the same situation happen to him wherein a false CPS report was filed regarding

his granddaughter and he had to "walk away." Akin suggested that GARCIA and PRITCHETT

also "walk away" from their endeavors to investigate Toni's false CPS report.

40.    Toni was not fired from her employment with AURORA until October 2021. She

was arrested for embezzlement on December 19, 2021.

41.    On February 8, 2022, during an AURORA city council meeting, GARCIA

attempted to speak. Jason Brummal ("Brummal"), the Mayor Pro-Tem of AURORA, prevented

GARCIA from speaking, saying that AURORA'S legal counsel had advised Brummal that

GARCIA could not speak because he was not a resident of AURORA; despite ATOMIC TACO'S

presence in AURORA and in violation of the Texas Open Meetings Act.

42.    As a direct and proximate result of the conduct of AURORA'S employees, staff,

agents, and/or representative, Plaintiffs have suffered losses and damages in a sum within the

jurisdictional limits of this court. Specifically, Plaintiffs have suffered loss of business income,

including the forcible complete closure of ATOMIC TACO; harm to their reputation; severe

mental anguish; extreme emotional distress; and economic damages.

## VI.    CAUSES OF ACTION

43.    A person may bring a lawsuit against local governments when said government has

"depriv[ed]" that person of a "right ... secured by the Constitution." 42 U.S.C. § 1983; *Monell v.*

*New York City Dept. of Social Services*, 436 U.S. 658, 691 (1978)

**A.    §1983 First Amendment Violation – Violation of the Free Speech Clause**

44.    Plaintiffs reallege the facts and allegations contained in paragraphs 1 through 43 as

if fully set out herein verbatim.

45.    GARCIA had a clearly established constitutional right to exercise free speech.

*Members of City Council of Los Angeles v. Taxpayers for Vincent*, 466 U.S. 789, 804 (1984)

(holding, "[i]n the realm of private speech or expression, government regulation may not favor one speaker over another.").

46.     On February 8, 2021, when GARCIA attempted to speak at a City Council Meeting, AURORA'S Mayor Pro-Tem – apparently acting on the advice of the City's legal department – actually prohibited him from doing so, claiming that GARCIA was not a resident of AURORA.

47.     This restraint is an obvious violation of GARCIA'S right to free speech.

48.     Further, if AURORA and/or its City Council has promulgated any such rule and/or law prohibiting business owners who operate a business in AURORA but live in a different city from speaking at City Council Meetings, Plaintiffs hereby challenge such rule and/or law as being Unconstitutional on its face and Unconstitutional as applied.

**B.  §1983 Fourteenth Amendment Violation –Violation of the Equal Protection Clause**

49.     Plaintiffs realleges the facts and allegations contained in paragraphs 1 through 48 as if fully set out herein verbatim.

50.     The CITY OF AURORA, a government, discriminated against Plaintiffs on the basis of GARCIA'S and PRITCHETT'S sexual orientation. See, generally, *Obergefell v. Hodges*, 135 S. Ct. 1039 (2015).

51.     Plaintiffs contend that Strict Scrutiny applies to this case. However, should this Court apply Rational Basis, Defendant still cannot provide a plausible and legitimate reason for discriminating against Plaintiffs.

52.    AURORA'S pervasive practice and custom of discriminating against the LGBTQIA community is demonstrated by the number of people within AURORA'S government involved in the conspiracy to discriminate against Plaintiffs due to their sexual orientation.

53.    Specifically, Debord, acting in his capacity as a health inspector and code enforcer for the CITY OF AURORA retaliated against Plaintiffs for their complaints against Toni, the City Manager for the CITY OF AURORA. During Debord's erroneous and retaliatory health inspection, he made several derogatory and discriminatory slurs and comments about GARCIA'S and PRITCHETT'S sexual orientation. Upon information and belief, Toni and Debord conspired to use their positions of governmental authority to shut down ATOMIC TACO due to GARCIA and PRITCHETT'S sexual orientation. AURORA cannot provide either a compelling reason or a plausible and legitimate reason to justify its discrimination against ATOMIC TACO because Debord's "health inspection" was conducted on the sole basis of its owners' sexual orientation, evidenced by Debord's comments and that, upon information and belief, no other vendor of Area 114 was subjected to a health inspection except ATOMIC TACO.

54.    Further, Toni, in her capacity as City Manager of AURORA, conspired with other governmental actors and representatives, including Day, Bomar, and Debord in an effort to drive ATOMIC TACO out of business due to GARCIA'S and PRITCHETT'S sexual orientation. Toni conspired with Debord to subject ATOMIC TACO to a retaliatory health inspection and used her position as City Administrator to falsify government documents with assistance from Day.

55.    Priakos, an AURORA City Council Member, assisted Toni in her efforts to discriminate against Plaintiffs in exchange for approval on certain city projects.

56.     Area 114 was made out to be a project from the CITY OF AURORA. That Area 114 was a project undertaken by AURORA is underscored by the involvement of most of AURORA'S City Council and City employees and AURORA'S current ownership of Area 114.

57.     Solomon failed to respond to PRITCHETT'S email about the herein described events for a period of two (2) years; a delay that can only be described as either outright disregard for the discriminatory practices or conscious indifference thereto.

58.     Additionally, Brummal, in his capacity as Mayor Pro Tem of AURORA, prohibited GARCIA from speaking at a public city council meeting held by AURORA. Brummal's restraint of GARCIA was due to GARCIA'S sexual orientation and attempt to speak out against the actions that AURORA had taken against Plaintiffs on the basis of their sexual orientation. Brummal's attempt to restrain GARCIA'S speech on the basis of GARCIA'S residency was a pretext. AURORA cannot propound either a compelling or plausible and legitimate reason for discriminating against GARCIA.

59.     Wise County Sherriff's Office failed to properly investigate Toni's fraudulent CPS reporting because of GARCIA'S and PRITCHETT'S sexual orientation, going so far as to indicate that their case would be assigned to an officer because of that officer's sexual orientation.

60.     The CITY OF AURORA, by and through its City Council, promulgated the policies, procedures, practices, and customs challenged by this lawsuit. AURORA was responsible for establishing and implementing appropriate standards, policies, procedures, customs, and practices designed to recognize and protect individuals who fall within a protected class, such as GARCIA and PRITCHETT. The CITY OF AURORA implemented and allowed a custom of discrimination against members of the LGBTQIA community, evidenced by the fact that no other heterosexual vendors from Area 114 were subjected to the same treatment as Plaintiffs. See, i.e.,

*City of Cleburne v. Cleburne Living Ctr.*, 473 U.S. 432, 439, (1985) (holding that the Equal Protection Clause requires similarly situated persons be treated alike).

61.    Plaintiffs had a clearly established Constitutional right to be free from targeted government retaliation on the basis of their sexual orientation. At all times material to this Complaint, Defendant's conduct was the result of its own pervasive customs, persistent and widespread practices, and policies of rampant government misconduct and discrimination against members of the LGBTQIA community. Further, at all times material to this Complaint, Defendant operated its government under customs, policies, and practices in a manner that exhibited deliberate, callous, and conscious indifference to Plaintiffs' Constitutional rights. Finally, Defendant implemented and/or approved policies, customs, and practices that deprived Plaintiffs of their right to be free from government discrimination, and violated their basic Constitutional rights.

62.    As a direct result of Defendant's conduct and actions, Plaintiffs have suffered physical and emotional damages. Plaintiffs sue for all damages provided by law.

**C.  §1983 Fourteenth Amendment Violation – Violation of the Due Process Clause**

63.    Plaintiffs realloge the facts and allegations contained in paragraphs 1 through 62 as if fully set out herein verbatim.

64.    Plaintiffs had a clearly established Constitutional right to be free from governmental interference with their business. As a direct result of AURORA'S persistent, widespread practice of discrimination against the LGBTQIA community, ATOMIC TACO was forced to close its business, having never been able to start the foundation it was opened to fund.

AURORA'S practice of discrimination is so common and well-settled as to constitute a custom that fairly represents its city policies, as demonstrated by the number of City actors involved in the attempt to push ATOMIC TACO out of Area 114.

65. To the unlikely extent that AURORA was not aware of its employees and/or representatives using their official governmental capacities to discriminate against Plaintiffs on the basis of GARCIA'S and PRITCHETT'S sexual orientation – a fact which Plaintiffs do not concede – the actions of its employees and/or representatives, taken within their capacity as government officials and with regard to a city project, AURORA acted with deliberate indifference and, therefore, is still liable to Plaintiffs. See, *Board of Comm'rs of Bryan County v. Brown,* 520 U.S. 397, 406-07 (1997).

## VII.    CONDITIONS PRECEDENT

66. Plaintiffs have complied with all conditions precedent to jurisdiction.

## VIII.    DAMAGES

Plaintiffs respectfully request that, upon presenting the facts of this case, they recover from Defendant the following relief:

(a)    Judgment in an amount that will compensate them for the violation of their constitutional rights;

(b)    Compensatory damages, including for past and future emotional distress and mental anguish, humiliation, and any past or future medical expenses as a result of such emotional distress;

(c)    Costs expended herein, including reasonable attorneys' fees as authorized by statute;

(d)    Pre- and post-judgment interest; and

(e)    Any and all other relief to which they may be entitled.

## IX.    EXEMPLARY DAMAGES

67.    Plaintiffs will further show that the acts and omissions of the Defendant complained of herein were committed with malice or reckless indifference to the protected rights of Plaintiffs. In order to punish said Defendant for engaging in unlawful practices and to deter such actions and/or omissions in the future, Plaintiffs also seek recovery for exemplary damages, to such extent permitted by law, if any.

## X.    JURY DEMAND

Plaintiffs demand a trial by jury on all issues so triable.

## XI.    PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that, upon presentation of the facts of this cause, they recover from Defendant all relief to which they may show themselves justly entitled.

Respectfully submitted,

*/s/ D. Bradley Kizzia*
**D. BRADLEY KIZZIA**
**Lead Counsel**

State Bar No. 11547550
bkizzia@kjpllc.com
**ALLIE VAN STEAN**
**Of Counsel**
State Bar No. 24104711
allie@kjpllc.com
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave., Ste. 13000
Dallas, Texas 75201
(214) 451-0164
(214) 451-0165 – Facsimile

**ATTORNEYS FOR PLAINTIFFS**

Dated this 29th day of April, 2022.

# Exhibit A

Toni Wheeler, PHD, MPA, PMP - Texas State Directory Online

LOGIN

# TEXAS STATE
# DIRECTORY



Search

# Toni Wheeler, PHD, MPA, PMP

☐ Back to Aurora

Last modified on: 06-19-2019 13:55:14

## City Administrator (Aurora)

## General Information

## Contact and Phone Numbers

☐ (817) 636-2783
☐ Subscribe or Login to View Emails

General Contact for Aurora
Street:
  303 Derting Road
  Aurora, TX 76078
☐ (817) 636-2783
☐ (817) 887-3352

https://www.txdirectory.com/online/person/?id=7914&office=7914[4/21/2022 8:52:53 AM]

www.aurora.org/right

⬜ Subscribe or Login to View Emails

| ⬜  Helpful Links |
|---|
| Find My Incumbent |
| Capitol Maps |
| Bill Filings |
| Bill Search |
| Texas at Your Fingertips |
| State Symbols |
| Governor Appointment |
| Addressing Procedures |

# TEXAS STATE DIRECTORY

Since 1935 the Texas State Directory has been a trusted resource and has been referred to as the bible for anyone working in or wanting to learn about state, city and county government.

## Useful Links

| FIND MY INCUMBENT | ⬜ |
|---|---|
| CAPITOL MAPS | ⬜ |
| BILL FILINGS | ⬜ |
| BILL SEARCH | ⬜ |
| TEXAS AT YOUR FINGERTIPS | ⬜ |
| STATE SYMBOLS | ⬜ |
| GOVERNOR APPOINTMENT | ⬜ |

## Contact Us

Texas State Directory Press
1800 Nueces St.
Austin, Texas 78701
☐ (512) 473-2447
☐ Contact Us

2022 © All Rights Reserved. Privacy Policy | Terms of Service

☐    ☐

# Exhibit B





Search ...

# City Council

Submit Agenda Request



\<open\>: Email: mayor@auroratexas.gov

# Aurora City Council

# Aurora City Council

## Ward I

| Name | Email | Term | Seat |
|------|-------|------|------|
| Bill McCurdy | ward1seat1@auroratexas.gov | 2021 – 2023 | Seat 1 |
| Janet Derting | ward1seat2@auroratexas.gov | 2020 – 2022 | Seat 2 |

## Ward II

| Name | Email | Term | Seat |
|------|-------|------|------|
| Pennye Shockey | ward2seat1@auroratexas.gov | 2020 – 2022 | Seat 1 |
| Deb Terrell | ward2seat2@auroratexas.gov | 2021 – 2023 | Seat 2 |

## Ward III

| Name | Email | Term | Seat |
|------|-------|------|------|
| Jason Priakos | ward3seat1@auroratexas.gov | 2021 – 2023 | Seat 1 |
| Jason Brummal | ward3seat2@auroratexas.gov | 2020 – 2022 | Seat 2 |

| | |
|---|---|
| City Secretary – Interim | Lynnell Day |
| City Attorney | TOASE – Betsy Elam |
| City Prosecutor | Benjamin Gibbs |
| Code Enforcement | Jason Debord |
| Court Clerk | Lynnell Day |
| Municipal Judge | Craig Magnusson, JD |

Case 4:22-cv-00369-P     Document 1     Filed 04/29/22     Page 26 of 33     PageID 26

CITY COUNCIL

Agenda Request

Agendas and Minutes

Elections

## The History of "Ned," our Alien.

On April 17th,1897, local lore tells of a "cigar shaped" spaceship crashing into a windmill belonging to a local Judge, a man by the name of J.S. Proctor. The local towns people report discovering a deceased alien creature in the crash debris.  The pilot of this craft was given "proper burial" in the Aurora Cemetery.  A Texas Historic Monument briefly describes the event.  Learn More ›

## City of Aurora, Texas
### A Legendary Western Town

**Hours of Operations:**
**9:00 AM to 4:00 PM**
**Monday to Thursday**

**Code Enforcement:**

**8:00 AM to 4:00 PM Fridays**

Physical:

303 Derting Rd

Aurora, TX 76078

Mailing:

P.O. Box 589

Rhome, TX 76078

(817) 636-2783

FAX (817) 887-3352

Home    Departments    News & Notices    Online Payments    Contact Us    Street Light Outages

Site Map | Login | All contents and materials © 2022 City of Aurora

Website Designed & Developed by Web Ascender

# Exhibit C

 Gmail                                                  **Atomic Taco** ▮▮▮▮▮▮▮@gmail.com>

---

## Jason DeBord Complaint

**Chad Pritchett** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                Wed, Aug 12, 2020 at 1:22 PM
Reply-To: ▮▮▮▮▮▮▮
To: "mayor@auroratexas.gov" <mayor@auroratexas.gov>
Cc ▮▮▮▮▮▮▮▮▮▮▮▮▮

Mayor Solomon,

I am writing to request to be put on the agenda at the next meeting to address hate speech from one of the City of Aurora Officials, Jason DeBord   Jason DeBord also acts as a City Health Inspector and is co owner of Martian Margaritas.  My husband, Gary Garcia and I are the owners of Atomic Taco.  Both businesses are in Aurora, TX.

Jason wears three hats in his relationship in working with Gary Garcia and me.  Since he is a city official, we need to make a formal report on his poor behavior, conduct, and use of hate speech.  Our experience over the past few months working with Jason has not been positive or professional.  Gary Garcia has addressed a variety of these poor interactions with Jason DeBord directly over the past few months.  However, direct conversations with Jason DeBord have proved to be ineffective.  We want these situations to be known and addressed by the City of Aurora Mayor, City Council, Legal Council, and anyone else that may be directly responsible for Jason DeBord's conduct and behavior while representing the City

Last month, Jason DeBord entered our café during closing time to conduct a health inspection.  He did not perform the inspection in a professional or approved manner outlined by the State.  The manner in which one could describe the way Jason DeBord conducted the inspection is to relate it to the experience of watching a cop ransack a home looking for contraband.  He did not have his paper report to record information and findings, and he did not review the report with Gary Garcia upon his completion.   He made comments during the inspection, "this isn't quite enough to shut you down".  Gary Garcia requested that evening for the reports to be emailed to him.  Instead, Jason Debord waited until approximately 5 days later to bring the reports to the restaurant and demanded that Gary Garcia sign the report without review  Gary Garcia explained to Jason DeBord that he was not conducting the health inspection in the proper way   Jason DeBord got very angry about Gary Garcia's explanation   Jason DeBord was visually aggressive and confrontational about what Gary Garcia said to him, and in turn Jason DeBord wrote on the report that Gary Garcia refused to sign the document, which is untrue.  He exhibited this aggressive behavior in front of our employees.  We have brought our concerns up about the Health Inspection to Toni Wheeler, City Administrator, and she has been agreeable in having a third-party vendor come in and do a proper Health Inspection.

On that Friday afternoon, Jason DeBord was complaining and gossiping about us to Dan Kelly, contractor that is working on the patio for Area 114 and called us "Fags"  One of our employees, Isaac overheard the name calling because he was assisting Dan Kelly on the patio at that time   In addition, one of our customers overheard Jason DeBord referring to us as "The Fags" and warned us about how he is talking about us to others  All three of these people felt it necessary that we be warned about the name calling Jason DeBord is using towards us

Gary Garcia and I are professionals in our forties.  We have not had to deal with people using hate speech against us in a very long time.  The fact that we are receiving this hate speech from a City of Aurora Employee is beyond absurd.  We are Wise County residents, business owners, and parents and we demand that we be treated with dignity and respect.  The derogatory name calling and hate speech will not be tolerated by us from anyone, much less a City Official.  We ask for time to address this matter in more detail so that they City of Aurora has the information that would be required to appropriately reprimand Jason DeBord   We also ask that the City of Aurora consider sending Jason DeBord to sensitivity training as well as training courses on diversity and inclusion   Finally, we are requesting assurance that the City of Aurora will take all measures possible to make sure Jason DeBord does not retaliate against us by any means.  We hope that we can have this situation appropriately addressed at this level before having it escalate any further.

Thank you,

Chad Pritchett

**Chad Pritchett**
Sales Manager
Office ███████████
Cell: ███████████
Please contact me about Career Opportunities!

*** Thi  me  age ha  been  ent utilizing  y tem  and re ource  of NorthStar Memorial Group, LLC or it  affiliate , and may contain information that is confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. Please verify the credentials of your sender if you doubt the source of any communication. ***

# Exhibit D

On Wed, Jan 19, 2022, 4:03 AM Chad Pritchett ███████████████ wrote:

Sent from Yahoo Mail on Android

IIII$Jsv{ evhih$ iwweki$IIII$
Jvsq ❖❖Xiw}P$Wspsq sr❖❖q e}sⅮeyvsvexi|ew2kszB$
Xs❖❖Gleh$Tvmglix❖❖rgleh2vmglixⅮ}elss2gsq B$
Gg❖$
Wirx❖Xyi❖Ner$5<❖$6466$ex$54:8:$TQ $
Wyfnigx❖Vi$Gsr❖egx❖Mjs$

Mr. Pritchett,
Thank you for your attendance at the council meeting tonight.

On behalf of Aurora and the city government, please accept my sincere
apology for any derogatory remarks that were made by the city employee.
I assure you that if I had known at the time what was taking place, I
would have intervened. I was being isolated from any city business. My
city email was intercepted before I had a chance to read them. Even
though it is too late for me to do anything, since I resigned
tonight, that employee does not reflect the values of the city.

I want to explain what kind of bind the city is in. We need all of the
legacy employees to help move the city out of the horrible mess we find
ourselves in (says the mayor that just resigned - I get the irony). We
need people that know the processes and procedures.

Early in October, there were some citizens that wanted to go scorched
earth and start over completely from scratch. That just isn't a good
policy for the city.

Maybe I'll have a chance to speak to the new mayor - whom ever that may
be - and have him/her revisit the employee situation. He does represent
the city and as such should act more professionally.

Again, please don't judge an entire population by the actions of one
employee that doesn't even live in the city.

Feel free to contact me anytime. My personal email address is
████████████ - I won't have access to this email much longer.

Sincerely,
--
Terry L Solomon
Former Mayor
City of Aurora, Texas

ATTENTION ELECTED OFFICIALS: A "REPLY TO ALL" of this email could lead
to violations of the Texas Open Meetings Act.  Please reply only to the
sender.

On Wed, 2022-01-19 at 00:01 +0000, Chad Pritchett wrote:
> Is this the correct contact info for the Mayor of Aurora?
>
> Chad Pritchett
>
> Sent from Yahoo Mail on Android