UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**GARY GARCIA ET AL.,**

Plaintiffs,

v.                                                     **No. 4:22-cv-0369-P**

**CITY OF AURORA,**

Defendant.

### FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order dismissing this case (ECF No. 3),

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED without PREJUDICE**.

The Clerk shall transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **May 2, 2022.**

_____

**MARK T. PITTMAN**
**UNITED STATES DISTRICT JUDGE**